IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BARBARA J. BABCOCK and
RICHARD D. BABCOCK,

    Plaintiff,

v.                              Case No. 3:03cv536/RV/EMT

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court having been advised that mediation resulted in a contingent settlement between the parties, it is ORDERED:

(1) This cause is hereby dismissed with prejudice, and without taxation of costs.

(2) In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 120 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this <u>28th</u> day of April, 2005.

                                             /s/ *Roger Vinson*
                                           **ROGER VINSON**
                                           **Senior U.S. District Judge**